AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Ernest Ferguson**

was received by me on *(date)* **07/15/2024**.

☑ I personally served the summons on the individual at *(place)*
R & L Certified Auto Group.
5631 NW LOOP #410, San Antonio, TX 78238    on *(date)* **07/16/2024**    ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **07/16/2024**

*Server's signature*    [signature: Cynthia Grant]

Cynthia Grant, PSC 11614, Process Server
*Printed name and title*

6300 Rue Marielyne St., #608
San Antonio, TX 78238
800-637-1805
*Server's address*

Additional information regarding attempted service, etc:

Service on: Ernest Ferguson
R & L Certified Auto Group.
5631 NW LOOP #410, San Antonio, TX 78238
(Male, white, 30, 6'0", 180 lbs, black hair)
07/16/2024 at 10:15 AM

Documents Served: SUMMONS IN A CIVIL ACTION, COMPLAINT WITH JURY DEMAND, RULE 26 INSTRUCTION ORDER