IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| JEROME BLIGE, MARSHELL BERNICE LEE, and THE ESTATE OF SAUDI ARAI LEE,<br><br>*Plaintiffs*,<br><br>v.<br><br>ERNEST FERGUSON, In His Individual Capacity; JOHN DOE OFFICER In His Individual Capacity and CITY OF SAVANNAH,<br><br>*Defendants*. | Civil Action No: 4:24-cv-00131-RSB-CLR |

**CERTIFICATE OF INTERESTED PERSONS
& CORPORATE DISCLOSURE STATEMENT
S.D. Ga. LR 7.1.1**

In accordance with Federal Rule of Civil Procedure 7.1 and Local Rule 7.1.1, I hereby certify:

1) I am counsel for the following parties and intervenors:

| NAME | PARTY DESIGNATION |
|---|---|
| Ernest Ferguson | Defendant |
|  |  |
|  |  |
|  |  |
|  |  |

2) This is a full and complete list of officers, directors, and trustees of the above-identified parties and intervenors:

| NAME | TITLE |
|------|-------|
| None | |
| | |
| | |
| | |
| | |

3) This is a full and complete list of all other persons, associations of persons, firms, partnerships, subsidiaries and parent corporations, and organizations which have a financial interest in, or another interest which could be substantially affected by, the outcome of this case, including any parent or publicly-held corporation that holds ten percent (10%) or more of a party's stock (if no such individual or entity, state NONE):

| NAME | TITLE/RELATIONSHIP |
|------|--------------------|
| Jerome Blige | Plaintiff |
| Marshell Bernice Lee | Plaintiff |
| The Estate of Saudi Arai Lee | Plaintiff |
| John Doe Officer | Defendant |
| City of Savannah/The Mayor and Aldermen of the City of Savannah | Defendant |

4) **If jurisdiction is based on diversity of citizenship, counsel must also provide the following disclosure.** This is a full and complete list of every individual or entity whose citizenship is attributable to a party or intervenor:

| NAME | RELATIONSHIP | CITIZENSHIP |
|------|--------------|-------------|
| Not applicable | | |
| | | |
| | | |
| | | |
| | | |

This 5th day of August, 2024.

                                                      /s/ Malcolm Mackenzie, III
                                                      Malcolm Mackenzie, III
                                                      Georgia Bar No. 463950
                                                      *Attorney for Ernest Ferguson*

WEINER, SHEAROUSE, WEITZ,
GREENBERG & SHAWE, LLP
14 E. State Street
Savannah, GA 31401
(912) 233-2251
mmackenzie@wswgs.com

# CERTIFICATE OF SERVICE

This is to certify that I have served all the parties in this case in accordance with the notice of electronic filing ("NEF"), which was generated as a result of electronic filing in this Court.

William R. Claiborne
David J. Utter
The Claiborne Firm, PC
410 E. Bay Street
Savannah, GA 31401
will@claibornefirm.com
david@claibornefirm.com

Taylor L. Dove
Hunter Maclean
200 E. St. Julian Street
Savannah, GA 31401
tdove@huntermaclean.com
*Attorney for City of Savannah*

Christopher J. Murell
Meghan Matt
Murell Law Firm
2831 St. Claude Avenue
New Orleans, LA 70117
chris@murell.law
meghan@murell.law
*Attorneys for Plaintiffs*

This 5th day of August, 2024.

_____
Malcolm Mackenzie, III
Georgia Bar No. 463950
*Attorney for Defendant Ernest Ferguson*

WEINER, SHEAROUSE, WEITZ,
GREENBERG & SHAWE, LLP
14 E. State Street
Savannah, GA 31401
(912) 233-2251
mmackenzie@wswgs.com