IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| JEROME BLIGE, MARSHELL BERNICE LEE, and THE ESTATE OF SAUDI ARAI LEE,<br><br>*Plaintiffs*,<br><br>v.<br><br>ERNEST FERGUSON, In His Individual Capacity; JOHN DOE OFFICER In His Individual Capacity and CITY OF SAVANNAH,<br><br>*Defendants*. | Civil Action No: 4:24-cv-00131-RSB-CLR |

## ERNEST FERGUSON'S NOTICE OF ALTERNATIVE DISPUTE RESOLUTION and CASE MANAGEMENT PROCEDURES

### (LITIGANTS' BILL OF RIGHTS)
### S.D. Ga. LR 16.7

Litigants in this Court may wish to utilize procedures that are available to assist the speedy and efficient resolution of civil cases. This notice must be furnished by Plaintiffs' counsel to his client and served with the Complaint upon all defendants. Counsel for each party represented shall ensure that the notice is filled out, signed by the party, and returned to the Clerk's office (1) by counsel for the Plaintiff within 15 days of filing the Complaint, and (2) by counsel for the Defendant with the answer or other responsive pleading.

**Notice to Parties and Counsel**

1. If all parties in a case elect to do so, a civil case in this Court can be referred to non-binding mediation. The purpose of such is to assist the parties in understanding the strengths and weaknesses of their respective positions and to facilitate settlement.

1

Do you wish to use such a procedure and for your lawyer to meet with opposing counsel and a Judge of this Court to establish a mediation plan for this case?

<u>    No    </u>
**(answer yes or no)**

2. If the parties in a case elect to do so, a civil case in this Court can be referred to binding or non-binding arbitration. In some instances, arbitration may be quicker, cheaper, and less formal than litigation. Its outcome can be binding or purely advisory, depending on the parties' agreement. The parties can also agree to tailor the rules of procedure.

Do you wish to consider such a procedure and for your lawyer to meet with opposing counsel and a Judge of this Court to establish an arbitration plan for this case?

<u>    No    </u>
**(answer yes or no)**

3. If all parties in a case consent and the Court concurs, the right to proceed before a United States District Judge may be waived, and the case can be presided over by a United States Magistrate Judge.

Would you like to consider use of a Magistrate Judge and receive more information on this alternative?

<u>No</u>
**(answer yes or no)**

4. After the complaint and answer are filed in a case, the rules of this Court normally allow four (4) months for the completion of discovery. If discovery continues for a longer period of time, it will be because the attorneys have requested an extension of time from the Court.

5. If justified by the complexity or difficulty of a case, the Court will consider the entry of a special case management order. After hearing from the parties, this order would

supersede the Local Rules and provide new dates for the different aspects of discovery, amendments to the pleadings, the filing of motions, conferences with the Court, and preparation for the ultimate pretrial order and trial of the case.

The lawyers for all of the parties are encouraged to consult concerning the need for such a case management order.

6. At the completion of discovery and before trial, each party will be required to participate in the filing of a pretrial order. In most cases, there will also be a pretrial conference with the presiding Judge. At the conference, the Court will inquire about the prospects for settlement of the case. Normally the Court will require the client to be present in person or by telephone.

By Order of the Court.

_____
**Clerk of Court**


I have reviewed with my attorney the above notice and have indicated my desired responses to Paragraphs 1, 2, and 3.

This _5TH_ day of _August_, 2024.

_____
**Name and signature of party or Representative**

## Certificate of Counsel

I have furnished a copy of this notice to the parties represented by me (including any insurance company assisting with the cost of defense) and discussed with my client responses to Paragraphs 1, 2, and 3 which have been noted. I have also served opposing counsel with a copy of this completed notice in accordance with the directives from the Court Notice of Electronic Filing ("NEF"), which was generated as a result of electronic filing in this Court.

This 5th day of August, 2024.

_____
Malcolm Mackenzie, III
Georgia Bar No. 463950
*Attorney for Defendant Ernest Ferguson*

WEINER, SHEAROUSE, WEITZ, GREENBERG
  & SHAWE, LLP
14 E. State Street
Savannah, GA 31401
(912) 233-2251
mmackenzie@wswgs.com

**NOTE:** If there is unanimity among the parties that the case should be referred to mediation, arbitration, or a Magistrate Judge, counsel for the Plaintiff shall so notify the Clerk, who will then inform the presiding District Judge of the parties' interest in one or more of these procedures.