**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | |
|---|---|
| **JEROME BLIGE, MARSHELL BERNICE LEE, and the ESTATE OF SAUDI ARAI LEE,** )<br>)<br>)<br>)<br>**Plaintiffs,** )<br>)<br>**vs.** )<br>) **Civil Action No.: 4:24-cv-00131-RSB-CLR**<br>**ERNEST FERGUSON IN HIS INDIVIDUAL CAPACITY; JOHN DOE OFFICER IN HIS INDIVIDUAL CAPACITY; CITY OF SAVANNAH,** )<br>)<br>)<br>)<br>)<br>)<br>**Defendants.** ) | |

## THE MAYOR AND ALDERMEN OF THE CITY OF SAVANNAH'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT

NOW COMES The Mayor and Aldermen of the City of Savannah (incorrectly named herein as "City of Savannah, Georgia") ("Defendant") and files this Motion to Dismiss Plaintiffs' Complaint, pursuant to Fed. R. Civ. P. § 17(a) and 12(b)(6), and contemporaneously file its Memorandum in Support of this Motion and incorporate it herein by reference for all purposes.

WHEREFORE, Defendant respectfully requests that its motion be granted.

Respectfully submitted this 13th day of September 2024.

**HUNTER, MACLEAN, EXLEY & DUNN, P.C.**

_/s/Taylor L. Dove_
Bradley M. Harmon
Georgia Bar No. 327097
Taylor L. Dove
Georgia Bar No. 993210
_Attorneys for Defendants_

200 East Saint Julian Street
Post Office Box 9848
Savannah, Georgia 31412-0048
Telephone:  912.236.0261
Facsimile:  912.236.4936
Email: BHarmon@HunterMaclean.com
Email: TDove@HunterMaclean.com

**OFFICE OF THE CITY ATTORNEY**

*/s/R. Bates Lovett*
R. Bates Lovett
Georgia Bar No. 459568
Jennifer N. Herman
Georgia Bar No. 327017

P.O. Box 1027
Savannah, Georgia 31402
Telephone:  912.525.3092
Facsimile:  912.525.3267
Email: BLovett@savannahga.gov
Email: JHerman@savannahga.gov

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have this day served a copy of the within and foregoing

**<u>DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT</u>** by using the

CM/ECF system which will send a notice of electronic filing to all parties.

Respectfully submitted this 13th day of September 2024.

HUNTER, MACLEAN, EXLEY & DUNN, P.C.

*/s/ Taylor L. Dove*
Georgia Bar No. 993210
Attorneys for Defendants

P.O. Box 9848
200 East St. Julian St.
Savannah, Georgia 31412-0048
Phone: (912) 236-0261
Fax: (912) 236-4936
E-Mail: tdove@huntermaclean.com

4865-8636-3620