# EXHIBIT A

[A thumb drive containing the video footage has been manually

filed with the Court and a digital copy provided to all parties]