UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| JEROME BLIGE, ) | |
| MARSHELL BERNICE LEE, ) | |
| and the ESTATE OF SAUDI ) | |
| ARAI LEE, by and through ) | |
| MARSHELL BERNICE LEE, its ) | |
| Administrator, ) | |
| ) | |
| VERSUS ) | CIVIL ACTION NO.: 4:24-cv-00131-RSB-CLR |
| ) | |
| ERNEST FERGUSON, ) | JURY TRIAL DEMANDED |
| IN HIS INDIVIDUAL CAPACITY; ) | |
| MACKENZIE RANDLE, IN HIS ) | |
| INDIVIDUAL CAPACITY; ) | |
| CITY OF SAVANNAH ) | |

**AMENDED APPLICATION FOR ADMISSION PRO HAC VICE FOR MEGHAN MATT TO CORRECT DEFICIENCY (Doc. 17)**

COMES NOW, Petitioner, MEGHAN MATT, and hereby files her Amended Application for Admission Pro Hac Vice, and states the following:

Petitioner, MEGHAN MATT hereby requests permission to appear pro hac vice in the subject case filed in the Savannah Division of the United States District Court for the Southern District of Georgia.

Petitioner states under the penalty of perjury that she is a member in good standing of the Bar of the United States Courts as follows:

1. All Louisiana state courts, October 2021
2. Middle District of Louisiana, Dec. 2022
3. Western District of Louisiana, Dec. 2022
4. Eastern District of Louisiana, Dec. 2022
5. United States Fifth Circuit Court of Appeals, Sept. 2023

Petitioner states further that she is eligible for admission under Local Rule 83.4 and that she does not reside or maintain an office for the practice of law in the Southern District of Georgia.

Meghan Matt
MURELL LAW FIRM
2831 St. Claude Avenue
New Orleans, Louisiana 70117
(504) 717-1297 Telephone
(504) 233-6691 Facsimile
meghan@murell.law

1

Petitioner designates William R. Claiborne of The Claiborne Firm, P.C. as local counsel. His business address is provided below in the Consent of Designated Local Counsel.

Petitioner further certifies that she has read, is familiar with, and will comply with the Local Rules of the Southern District of Georgia.

**CERTIFICATION PURSUANT TO L.R. 83.4(B)(2)(III)**

The undersigned petitioner certifies that the following is a list of all cases filed in this Court in which petitioner has appeared as counsel:

1. KAYLYNN NICOLE BUCHEN, et al. v. WELLPATH, LLC, et al.
   Case Number: 6:23-cv-00075-JRH-BKE
   Southern District of Georgia, Statesboro Division

Respectfully submitted this 25th day of September, 2024.

/s/ Meghan Matt
Meghan Matt
MURELL LAW FIRM
2831 St. Claude Avenue
New Orleans, Louisiana 70117
(504) 717-1297 Telephone
(504) 233-6691 Facsimile
meghan@murell.law

**CONSENT OF DESIGNATED LOCAL COUNSEL**

I, William R. Claiborne, designated local counsel for the subject case, agree to readily communicate with opposing counsel and the Court regarding the conduct of this case and accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all proceedings related to this case, including hearings,

pretrial conferences and trials, should the Petitioner fail to respond to any Court order for appearance or otherwise.

Respectfully submitted this 25th day of September, 2024.

THE CLAIBORNE FIRM, P.C.

WILLIAM R. CLAIBORNE
Georgia Bar Number: 126363
410 East Bay Street
Savannah, Georgia 31401
(912) 236-9559 Telephone
(912) 236-1884 Facsimile
will@clairbornefirm.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on all counsel of record and filed electronically with the Clerk of Court's CM/ECF system.

Respectfully submitted this 25th day of September, 2024.

_____
WILLIAM R. CLAIBORNE