UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| JEROME BLIGE, | ) |
| MARSHELL BERNICE LEE, | ) |
| and the ESTATE OF SAUDI | ) |
| ARAI LEE, by and through | ) |
| MARSHELL BERNICE LEE, its | ) |
| Administrator, | ) |
| | ) |
| VERSUS | ) CIVIL ACTION NO.: 4:24-cv-00131-RSB-CLR |
| | ) |
| ERNEST FERGUSON, | ) JURY TRIAL DEMANDED |
| IN HIS INDIVIDUAL CAPACITY; | ) |
| MACKENZIE RANDLE, IN HIS | ) |
| INDIVIDUAL CAPACITY; | ) |
| CITY OF SAVANNAH | ) |

# Exhibit B

TO BE FILED MANUALLY
(Randle's body worn camera)