UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| **JEROME BLIGE,** ) | |
| **MARSHELL BERNICE LEE,** ) | |
| **and the ESTATE OF SAUDI** ) | |
| **ARAI LEE, by and through** ) | |
| **MARSHELL BERNICE LEE, its** ) | |
| **Administrator,** ) | |
| ) | |
| **VERSUS** ) | **NO.: 4:24-cv-00131-RSB-CLR** |
| ) | |
| **ERNEST FERGUSON,** ) | **JURY TRIAL DEMANDED** |
| **IN HIS INDIVIDUAL CAPACITY;** ) | |
| **MACKENZIE RANDLE, IN HIS** ) | |
| **INDIVIDUAL CAPACITY;** ) | |
| **CITY OF SAVANNAH** ) | |

**EXHIBIT LIST**

| EXHIBT NUMBER | DESCRIPTION |
|---|---|
| A | Coventry mt to amend |
| B | Crump ltr of rep |
| C | Nov 2022 GORA |
| D | Nov 2022 GORA response |
| E | GORAs and responses |
| F | Jan 3 2024 ltr to DA |
| G | DA response to GORA |
| H | June 2024 GORA |
| I | Def Ferguson's Rule 26(a)(1) Disclosures |