UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| JEROME BLIGE, | ) | |
| MARSHELL BERNICE LEE, | ) | |
| and the ESTATE OF SAUDI | ) | |
| ARAI LEE, by and through | ) | |
| MARSHELL BERNICE LEE, its | ) | |
| Administrator, | ) | |
| | ) | |
| VERSUS | ) | NO.: 4:24-cv-00131-RSB-CLR |
| | ) | |
| ERNEST FERGUSON, | ) | JURY TRIAL DEMANDED |
| IN HIS INDIVIDUAL CAPACITY; | ) | |
| MACKENZIE RANDLE, IN HIS | ) | |
| INDIVIDUAL CAPACITY; | ) | |
| CITY OF SAVANNAH | ) | |

# EXHIBIT B



July 21, 2022

**SENT VIA EMAIL**

Mr. Jerome Blidge
1512 Grove Point Road
Savannah, GA 31419

*carman.ib@gmail.com*

**RE: Est. of Saudi Lee by Jerome Blidge vs. Savannah Police Department**
Our File Number: 458420

Dear Mr. Blidge:

We are pleased that you have selected Ben Crump Law Firm to represent you in your son's case. We are sorry for what your family has been through. We are at the forefront of protecting the civil rights of those denied them and we will work to ensure that your family gets the justice deserved.

I will be working on your case in association with Harman Law Firm LLC at (404) 554-0777, Co-counsel with our firm. Rest assured that your case will receive every possible consideration and attention. Your attorney will update you on important developments. If questions arise, do not hesitate to call. You can usually expect a return call within 24 hours.

**Please consider the following:**
1. **Please do not discuss your case with anyone except for your attorneys or their staff.**
2. **If you change your address or phone number, please notify our office immediately.**
3. **If you get any calls from the Media/Press regarding your case, please notify our office immediately.**

We have begun the investigation of your case and will do everything possible to maximize your family's recovery. Thank you for allowing our firm to be of service to you.

Sincerely,

Benjamin L. Crump
AMS/ah

**WWW.BENCRUMP.COM**

**Ben Crump Law, PLLC 122 S. Calhoun Street Tallahassee, FL 32301 P: 800-859-9999**
**Washington, D.C.| Los Angeles, CA| Sacramento, CA| Houston, TX| Tallahassee, FL**