IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| JEROME BLIGE, MARSHELL BERNICE LEE, and THE ESTATE OF SAUDI ARAI LEE,<br><br>*Plaintiffs*,<br><br>v.<br><br>ERNEST FERGUSON, In His Individual Capacity; JOHN DOE OFFICER In His Individual Capacity and CITY OF SAVANNAH,<br><br>*Defendants*. | Civil Action No: 4:24-cv-00131-RSB-CLR |

## DEFENDANT ERNEST FERGUSON'S
## DISCLOSURES PURSUANT TO RULE 26(a)(1)

COMES NOW, Ernest Ferguson, and pursuant to F.R.C.P. Rule 26, provides to the parties the following:

A.  Rule 26 Initial Disclosure

(i)  The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information.

**Ernest Ferguson**
2663 Pebble Bow
San Antonio, Texas 78232
(205) 910-7442
chrisfknight5664@gmail.com

Mr. Ferguson has information concerning the June 24, 2022 incident.

**MacKenzie Randle**
Savannah Police Department ("SPD")
201 Habersham Street
Savannah, GA 31412

Officer Randle has information concerning the June 24, 2022 incident.

**Officer Joseph Knight**
Savannah Police Department ("SPD")
201 Habersham Street
Savannah, GA 31412

Officer Knight has information concerning the June 24, 2022 incident.

**Officer Aaron Mitchell**
Savannah Police Department ("SPD")
201 Habersham Street
Savannah, GA 31412

Officer Mitchell has information concerning the June 24, 2022 incident.

**Officer William Newman**
Savannah Police Department ("SPD")
201 Habersham Street
Savannah, GA 31412

Officer Newman has information concerning the June 24, 2022 incident.

**Officer Kyler Giem**
Savannah Police Department ("SPD")
201 Habersham Street
Savannah, GA 31412

Officer Giem has information concerning the June 24, 2022 incident.

**Officer Emily Krauel**
Savannah Police Department ("SPD")
201 Habersham Street
Savannah, GA 31412

Officer Krauel has information concerning the June 24, 2022 incident.

**Officer Jolisa Lewis**
Savannah Police Department ("SPD")
201 Habersham Street
Savannah, GA 31412

Officer Lewis has information concerning the June 24, 2022 incident.

**Officer Christopher Leugillow-Hawkins**
Savannah Police Department ("SPD")
201 Habersham Street
Savannah, GA 31412

Officer Leugillow-Hawkins has information concerning the June 24, 2022 incident.

**Officer Jessice McGee**
Savannah Police Department ("SPD")
201 Habersham Street
Savannah, GA 31412

Officer McGee has information concerning the June 24, 2022 incident.

**Officer Sidney Delince**
Savannah Police Department ("SPD")
201 Habersham Street
Savannah, GA 31412

Officer Delince has information concerning the June 24, 2022 incident.

**Officer Rodney Cooper**
Savannah Police Department ("SPD")
201 Habersham Street
Savannah, GA 31412

Officer Cooper has information concerning the June 24, 2022 incident.

**Officer Kolby Burwell**
Savannah Police Department ("SPD")
201 Habersham Street
Savannah, GA 31412

Officer Burwell has information concerning the June 24, 2022 incident.

**Officer Janessa Stalter**
Savannah Police Department ("SPD")
201 Habersham Street
Savannah, GA 31412

Officer Stalter has information concerning the June 24, 2022 incident.

**Officer Vincent Pellegrini**
Savannah Police Department ("SPD")
201 Habersham Street
Savannah, GA 31412

Officer Pellegrini has information concerning the June 24, 2022 incident.

**Officer Eric Dukarski**
Savannah Police Department ("SPD")
201 Habersham Street
Savannah, GA 31412

Officer Dukarski has information concerning the June 24, 2022 incident.

**Aishia White**
Ms. White has information concerning the June 24, 2022 incident.

**April Davis**
Ms. Davis has information concerning the June 24, 2022 incident.

**Samir Patel, Owner of Giant Discount Store, near location of incident**
Mr. Patel has information concerning the June 24, 2022 incident.

(ii)    A copy of, or a description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment.

**See attached and Bates Numbered documents:**

**SPD Reports**
**Interview Statement of Ferguson**
**Interview Statement of Randle**
**EMS Report of Saudi Lee**
**Ferguson Administrative Leave Form**
**Ferguson Alcohol Screen Test**
**Ferguson's Garrity Form**
**Statement of Ferguson**
**Statement of Randle**
**Ferguson Body Worn Camera Video Footage**
**Randle Body Worn Camera Video Footage**

(iii)    A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including

materials bearing on the nature and extent of injuries suffered.

**Not applicable.**

(iv)    (F)or inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.

**None.**

This 5th day of September, 2024.

                                        Malcolm Mackenzie, III
                                        Georgia Bar No. 463950
                                        John T. Crosby
                                        Georgia Bar No.: 366979
                                        *Attorneys for Ernest Ferguson*

WEINER, SHEAROUSE, WEITZ,
  GREENBERG & SHAWE, LLP
14 E. State Street
Savannah, GA 31401
(912) 233-2251
mmackenzie@wswgs.com
jcrosby@wswgs.com

## CERTIFICATE OF SERVICE

This is to certify that I have served the following parties in this case with a true and correct copy of **Defendant Ernest Ferguson's Initial Disclosures**, via statutory electronic service, and addressed as follows:

William R. Claiborne
David J. Utter
The Claiborne Firm, PC
410 E. Bay Street
Savannah, GA 31401
will@claibornefirm.com
david@claibornefirm.com

Christopher J. Murell
Meghan Matt
Murell Law Firm
2831 St. Claude Avenue
New Orleans, LA 70117
chris@murell.law
meghan@murell.law
*Attorneys for Plaintiffs*

Taylor L. Dove
Hunter Maclean
200 E. St. Julian Street
Savannah, GA 31401
tdove@huntermaclean.com
*Attorney for City of Savannah*

This **6th** day of **September**, 2024.

_____
Malcolm Mackenzie, III
Georgia Bar No. 463950
John T. Crosby
Georgia Bar No.: 366979
*Attorneys for Ernest Ferguson*

WEINER, SHEAROUSE, WEITZ,
 GREENBERG & SHAWE, LLP
14 E. State Street
Savannah, GA 31401
(912) 233-2251
mmackenzie@wswgs.com
jcrosby@wswgs.com