IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| JEROME BLIGE, MARSHELL BERNICE LEE, and THE ESTATE OF SAUDI ARAI LEE, <br><br> *Plaintiffs*, <br><br> v. <br><br> ERNEST FERGUSON, In His Individual Capacity; JOHN DOE OFFICER In His Individual Capacity and CITY OF SAVANNAH, <br><br> *Defendants*. | Civil Action No: 4:24-cv-00131-RSB-CLR |

## ANSWER OF DEFENDANT ERNEST FERGUSON
## TO PLAINTIFFS' FIRST AMENDED COMPLAINT

COMES NOW, Defendant Ernest Ferguson (hereinafter "Defendant" or "Defendant Ferguson"), by and through counsel, and answers Plaintiffs' First Amended Complaint, showing the Court as follows:

### AFFIRMATIVE DEFENSES

### FIRST DEFENSE

Some or all of the Defendants are entitled to official immunity from suit for some or all of the claims alleged in Plaintiffs' First Amended Complaint.

## SECOND DEFENSE

Some or all of the claims of the claims in Plaintiffs' First Amended Complaint are barred by the doctrine of qualified immunity.

## THIRD DEFENSE

Defendants did not deprive Plaintiffs nor Plaintiffs' decedent of any rights guaranteed to them or him by the Constitution or laws of the United States or the State of Georgia.

## FOURTH DEFENSE

There is no basis for any award of attorney's fees for the prosecution of this action against these defendants.

## FIFTH DEFENSE

Plaintiffs' claims are barred in whole or in part by the applicable statute of limitations.

## SIXTH DEFENSE

Plaintiffs' claims are barred by Plaintiffs' decedent's own conduct which was the cause in fact and proximate cause of his alleged injury and damages.

SEVENTH DEFENSE

At all times pertinent to this suit, former Savannah Police Officer Ernest Fergson exercised true discretion conferred upon him by law and acted in the good faith execution of his official duties and upon true reasonable belief that his actions were appropriate and necessary. Therefore, Ernest Fergson is immune from Plaintiffs' claims.

EIGHTH DEFENSE

Some or all of Plaintiffs lack standing to bring the claims asserted.

NINTH DEFENSE

Defendant Ferguson challenges the capacity of the named Plaintiffs to bring this action by specific negative averment until such time as the standing and capacity of the named Plaintiffs can be conclusively verified through discovery.

TENTH DEFENSE

Defendant Ferguson responds to the enumerated allegations of Plaintiffs' First Amended Complaint, *seriatim* as follows:

**JURISDICTION**

1.

The allegations contained in Paragraphs 1 of Plaintiffs' First Amended

Complaint are admitted.  By way of further answer, Defendant Ferguson denies that he violated the Fourth and Fourteenth Amendments to the Constitution of the United States or Georgia law.

2.

Defendant Ferguson admits the allegations contained in Paragraph 2 of Plaintiffs' First Amended Complaint.

3.

Defendant Ferguson admits the allegations contained in Paragraph 3 of Plaintiffs' First Amended Complaint.

4.

Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 4 of Plaintiffs' First Amended Complaint and, therefore, denies same.

5.

Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 5 of Plaintiffs' First Amended Complaint and, therefore, denies same.

6.

Defendant Ferguson admits the allegations contained in Paragraph 6 of Plaintiffs' First Amended Complaint.

7.

Defendant Ferguson admits the allegations contained in Paragraph 7 of Plaintiffs' First Amended Complaint.

8.

Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 8 of Plaintiffs' First Amended Complaint and, therefore, denies same.

9.

Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 9 of Plaintiffs' First Amended Complaint and, therefore, denies same.

10.

Defendant Ferguson admits the allegations contained in Paragraph 10 of Plaintiffs' First Amended Complaint.

11.

Defendant Ferguson is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 11 of Plaintiffs' First Amended Complaint and, therefore, denies same.

12.

Defendant Ferguson is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 12 of Plaintiffs' First Amended Complaint and, therefore, denies same.

13.

Defendant Ferguson denies the allegations contained in Paragraph 13 of Plaintiffs' First Amended Complaint.

14.

Defendant Ferguson is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 14 of Plaintiffs' First Amended Complaint and, therefore, denies same.

15.

Defendant Ferguson admits the allegations contained in Paragraph 15 of Plaintiffs' First Amended Complaint.

16.

Defendant Ferguson denies the allegations contained in Paragraph 16 of Plaintiffs' First Amended Complaint.

17.

Defendant Ferguson admits the allegations contained in Paragraph 17 of Plaintiffs' First Amended Complaint.

18.

Defendant Ferguson denies the allegations contained in Paragraph 18 of Plaintiffs' First Amended Complaint.

19.

Defendant Ferguson denies the allegations contained in Paragraph 19 of Plaintiffs' First Amended Complaint.

20.

Defendant Ferguson denies the allegations contained in Paragraph 20 of Plaintiffs' First Amended Complaint.

21.

Defendant Ferguson is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in the first sentence of Paragraph

21 of Plaintiffs' First Amended Complaint.  The remaining allegations contained in Paragraph 21 are denied.

22.

Defendant denies the allegations contained in Paragraph 22 of Plaintiffs' First Amended Complaint.

23.

Defendant denies the allegations contained in Paragraph 23 of Plaintiffs' First Amended Complaint.

24.

Defendant Ferguson denies the allegations contained in the first sentence of Paragraph 24 of Plaintiffs' First Amended Complaint.  Defendant admits the allegations contained in the second sentence of Paragraph 24 of Plaintiffs' First Amended Complaint.  By way of further answer, Randle did not have an opportunity to intervene or de-escalate the situation.

25.

Defendant Ferguson denies the allegations contained in the first sentence of Paragraph 25 of Plaintiffs' First Amended Complaint.  Defendant Ferguson is without knowledge or information sufficient to form a belief as to the truth of the

remaining allegations contained in Paragraph 25 of Plaintiffs' First Amended Complaint and, therefore, denies same.

26.

Defendant Ferguson denies the allegations contained in the first sentence of Paragraph 26 of Plaintiffs' First Amended Complaint. Defendant Ferguson is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 26 of Plaintiffs' First Amended Complaint and, therefore, denies same.

27.

Defendant Ferguson is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 27 of Plaintiffs' First Amended Complaint and, therefore, denies same.

28.

Defendant Ferguson is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 28 of Plaintiffs' First Amended Complaint and, therefore, denies same.

29.

Defendant Ferguson is without knowledge or information sufficient to form a

belief as to the truth of the allegations contained in Paragraph 29 of Plaintiffs' First Amended Complaint and, therefore, denies same.

30.

Defendant Ferguson admits the allegations contained in the first, second and fourth sentences of Paragraph 30 of Plaintiffs' First Amended Complaint. Defendant Ferguson is without knowledge or information sufficient to form a belief as to the truth of the allegations of the third sentence of Paragraph 30 of Plaintiffs' First Amended Complaint.

31.

Defendant Ferguson is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 31 of Plaintiffs' First Amended Complaint and, therefore, denies same.

32.

Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 32 of Plaintiffs' First Amended Complaint and, therefore, denies same.

33.

Defendant denies the allegations contained in the first sentence of Paragraph

33 of Plaintiffs' First Amended Complaint. Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 33 of Plaintiffs' First Amended Complaint and, therefore, denies same.

34.

Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 34 of Plaintiffs' First Amended Complaint and, therefore, denies same.

35.

Defendant admits the allegations contained in the first sentence of Paragraph 35 of Plaintiffs' First Amended Complaint. Defendant denies the remaining allegations contained in Paragraph 35 of Plaintiffs' First Amended Complaint.

36.

Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 36 of Plaintiffs' First Amended Complaint and, therefore, denies same.

37.

Defendant admits the allegations contained in Paragraph 37 of Plaintiffs' First

Amended Complaint.

38.

Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in the first sentence of Paragraph 38 of Plaintiffs' First Amended Complaint. Defendant denies the allegations contained in the second sentence of Paragraph 38 of Plaintiffs' First Amended Complaint.

39.

Defendant Ferguson is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 39 of Plaintiffs' First Amended Complaint and, therefore, denies same.

40.

Defendant Ferguson admits the allegations contained in the first sentence of Paragraph 40 of Plaintiffs' First Amended Complaint. Defendant Ferguson is without knowledge as to the remaining allegations of Paragraph 40 of Plaintiffs' Amended Complaint.

41.

Defendant Ferguson denies the allegations contained in Paragraph 41 of Plaintiffs' First Amended Complaint.

42.

Defendant Ferguson admits the allegations contained in Paragraph 42 of Plaintiffs' First Amended Complaint.

43.

Defendant Ferguson admits the allegations contained in Paragraph 43 of Plaintiffs' First Amended Complaint.

44.

Defendant Ferguson admits the allegations contained in Paragraph 44 of Plaintiffs' First Amended Complaint.

45.

Defendant Ferguson admits the allegations contained in Paragraph 45 of Plaintiffs' First Amended Complaint.

46.

Defendant Ferguson admits the allegations contained in Paragraph 46 of Plaintiffs' First Amended Complaint.

47.

Defendant Ferguson is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 47 of Plaintiffs' First

Amended Complaint.

48.

Defendant Ferguson is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 48 of Plaintiffs' First Amended Complaint.

49.

Defendant Ferguson is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 49 of Plaintiffs' First Amended Complaint.

50.

Defendant Ferguson is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 50 of Plaintiffs' First Amended Complaint.

51.

Defendant Ferguson is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 51 of Plaintiffs' First Amended Complaint.

52.

Defendant Ferguson denies the allegations contained in Paragraph 52 of Plaintiffs' First Amended Complaint.

53.

Defendant Ferguson is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 53 of Plaintiffs' First Amended Complaint.

54.

Defendant Ferguson is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 54 of Plaintiffs' First Amended Complaint.

55.

Defendant Ferguson denies the allegations contained in Paragraph 55 of Plaintiffs' First Amended Complaint.

56.

Defendant Ferguson is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 56 of Plaintiffs' First Amended Complaint.

57.

Defendant Ferguson is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 57 of Plaintiffs' First Amended Complaint.

58.

Defendant Ferguson is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 58 of Plaintiffs' First Amended Complaint.

59.

Defendant Ferguson admits the allegations contained in Paragraph 59 of Plaintiffs' First Amended Complaint.

60.

Defendant Ferguson is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 60 of Plaintiffs' First Amended Complaint.

61.

Defendant Ferguson is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 61 of Plaintiffs' First

Amended Complaint.

62.

Defendant Ferguson admits the allegations contained in Paragraph 62 of Plaintiffs' First Amended Complaint.

63.

Defendant Ferguson is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 63 of Plaintiffs' First Amended Complaint.

64.

Defendant Ferguson is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 64 of Plaintiffs' First Amended Complaint.

65.

Defendant Ferguson is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 65 of Plaintiffs' First Amended Complaint.

66.

Defendant Ferguson is without knowledge or information sufficient to form a

belief as to the truth of the allegations contained in Paragraph 66 of Plaintiffs' First Amended Complaint.

67.

Defendant Ferguson is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 67 of Plaintiffs' First Amended Complaint.

68.

Defendant Ferguson denies the allegations contained in the first and fourth sentences of Paragraph 68 of Plaintiffs' First Amended Complaint as pled. Defendant admits the allegations contained in the second and third sentences of Paragraph 68 of Plaintiffs' First Amended Complaint.

69.

Defendant Ferguson is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 69 of Plaintiffs' First Amended Complaint.

70.

Defendant Ferguson admits the allegations contained in the first sentence of Paragraph 70 of Plaintiffs' First Amended Complaint. Defendant Ferguson is

without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 70 of Plaintiffs' First Amended Complaint.

71.

Defendant Ferguson is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 71 of Plaintiffs' First Amended Complaint.

72.

Defendant Ferguson is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 72 of Plaintiffs' First Amended Complaint.

73.

Defendant denies the allegations contained in Paragraph 73 of Plaintiffs' First Amended Complaint.

74.

Defendant denies the allegations contained in Paragraph 74 of Plaintiffs' First Amended Complaint.

75.

Defendant admits the allegations contained in Paragraph 75 of Plaintiffs' First Amended Complaint.

76.

Defendant admits the allegations contained in Paragraph 76 of Plaintiffs' First Amended Complaint.

77.

Defendant admits the allegations contained in Paragraph 77 of Plaintiffs' First Amended Complaint.

78.

Defendant admits the allegations contained in the first sentence in Paragraph 78 of Plaintiffs' First Amended Complaint.  Defendant Ferguson is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in the remaining allegations of Paragraph of 78 of Plaintiffs' First Amended Complaint.

79.

Defendant admits the allegations contained in Paragraph 79 of Plaintiffs' First Amended Complaint.

80.

Defendant Ferguson is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 80 of Plaintiffs' First Amended Complaint.

81.

Defendant Ferguson is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 81 of Plaintiffs' First Amended Complaint.

82.

Defendant denies the allegations contained in Paragraph 82 of Plaintiffs' First Amended Complaint.

83.

Defendant denies the allegations contained in Paragraph 83 of Plaintiffs' First Amended Complaint.

84.

Defendant Ferguson is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 84 of Plaintiffs' First Amended Complaint.

85.

Defendant denies the allegations contained in Paragraph 85 of Plaintiffs' First Amended Complaint.

86.

Defendant denies the allegations contained in Paragraph 86 of Plaintiffs' First Amended Complaint.

87.

Defendant Ferguson is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 87 of Plaintiffs' First Amended Complaint.

88.

Defendant Ferguson is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 88 of Plaintiffs' First Amended Complaint.

89.

Defendant Ferguson is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 89 of Plaintiffs' First Amended Complaint.

90.

Defendant Ferguson is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 90 of Plaintiffs' First Amended Complaint.

91.

Defendant Ferguson is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 91 of Plaintiffs' First Amended Complaint.

92.

Defendant Ferguson is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 92 of Plaintiffs' First Amended Complaint.

93.

Defendant Ferguson is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 93 of Plaintiffs' First Amended Complaint.

94.

Defendant Ferguson is without knowledge or information sufficient to form a

belief as to the truth of the allegations contained in Paragraph 94 of Plaintiffs' First Amended Complaint.

95.

Defendant Ferguson is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 95 of Plaintiffs' First Amended Complaint.

96.

Defendant Ferguson is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 96 of Plaintiffs' First Amended Complaint.

97.

Defendant Ferguson is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 97 of Plaintiffs' First Amended Complaint.

98.

Defendant Ferguson is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 98 of Plaintiffs' First Amended Complaint.

99.

Defendant Ferguson denies the allegations contained in Paragraph 99 of Plaintiffs' First Amended Complaint.

100.

Defendant Ferguson denies the allegations contained in Paragraph 100 of Plaintiffs' First Amended Complaint.

101.

Defendant denies the allegations contained in Paragraph 101 of Plaintiffs' First Amended Complaint.

102.

Defendant denies the allegations contained in Paragraph 102 of Plaintiffs' First Amended Complaint.

103.

Defendant denies the allegations contained in Paragraph 103 of Plaintiffs' First Amended Complaint.

104.

Defendant denies the allegations contained in Paragraph 104 of Plaintiffs' First

Amended Complaint.

105.

Defendant admits the allegations contained in Paragraph 105 of Plaintiffs' First Amended Complaint.

106.

Defendant admits the allegations contained in Paragraph 106 of Plaintiffs' First Amended Complaint.

107.

Defendant denies the allegations contained in Paragraph 107 of Plaintiffs' First Amended Complaint.

108.

Defendant denies the allegations contained in Paragraph 108 of Plaintiffs' First Amended Complaint.

109.

Defendant Ferguson is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 109 of Plaintiffs' First Amended Complaint.

110.

Defendant denies the allegations contained in Paragraph 110 of Plaintiffs' First Amended Complaint.

111.

Defendant denies the allegations contained in Paragraph 111 of Plaintiffs' First Amended Complaint.

112.

Defendant denies the allegations contained in Paragraph 112 of Plaintiffs' First Amended Complaint.

113.

Defendant Ferguson is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 113 of Plaintiffs' First Amended Complaint.

114.

Defendant denies the allegations contained in Paragraph 114 of Plaintiffs' First Amended Complaint.

115.

Defendant Ferguson is without knowledge or information sufficient to form a

belief as to the truth of the allegations contained in Paragraph 115 of Plaintiffs' First Amended Complaint.

116.

Defendant denies the allegations contained in Paragraph 116 of Plaintiffs' First Amended Complaint.

117.

Defendant denies the allegations contained in Paragraph 117 of Plaintiffs' First Amended Complaint.

118.

Defendant Ferguson is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 118 of Plaintiffs' First Amended Complaint.

119.

Defendant admits the allegations contained in the first three sentences of Paragraph 119 of Plaintiffs' First Amended Complaint and denies the remaining allegations of Paragraph 119 of Plaintiffs' First Amended Complaint.

120.

Defendant denies the allegations contained in Paragraph 120 of Plaintiffs' First

Amended Complaint.

121.

Defendant admits the allegations contained in Paragraph 121 of Plaintiffs' First Amended Complaint.

122.

Defendant denies the allegations contained in Paragraph 122 of Plaintiffs' First Amended Complaint.

123.

Defendant denies the allegations contained in Paragraph 123 of Plaintiffs' First Amended Complaint.

124.

Defendant denies the allegations contained in Paragraph 124 of Plaintiffs' First Amended Complaint.

125.

Defendant denies the allegations contained in Paragraph 125 of Plaintiffs' First Amended Complaint.

126.

Defendant Ferguson is without knowledge or information sufficient to form a

belief as to the truth of the allegations contained in Paragraph 126 of Plaintiffs' First Amended Complaint.

127.

Defendant denies the allegations contained in Paragraph 127 of Plaintiffs' First Amended Complaint.

128.

Defendant Ferguson is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 128 of Plaintiffs' First Amended Complaint.

129.

Defendant denies the allegations contained in Paragraph 129 of Plaintiffs' First Amended Complaint.

130.

Defendant denies the allegations contained in Paragraph 130 of Plaintiffs' First Amended Complaint.

131.

Defendant Ferguson is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 131 of Plaintiffs' First

Amended Complaint.

132.

Defendant Ferguson is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 132 of Plaintiffs' First Amended Complaint.

133.

Defendant denies the allegations contained in Paragraph 133 of Plaintiffs' First Amended Complaint.

134.

Defendant denies the allegations contained in Paragraph 134 of Plaintiffs' First Amended Complaint.

135.

Defendant denies the allegations contained in Paragraph 135 of Plaintiffs' First Amended Complaint.

136.

Defendant Ferguson is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 136 of Plaintiffs' First Amended Complaint.

137.

Defendant Ferguson is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 137 of Plaintiffs' First Amended Complaint.

138.

Defendant Ferguson is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 138 of Plaintiffs' First Amended Complaint.

139.

Defendant Ferguson is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 139 of Plaintiffs' First Amended Complaint.

140.

Defendant denies the allegations contained in Paragraph 140 of Plaintiffs' First Amended Complaint.

141.

Defendant Ferguson is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 141 of Plaintiffs' First

Amended Complaint.

142.

Defendant denies the allegations contained in Paragraph 142 of Plaintiffs' First Amended Complaint.

143.

Defendant Ferguson is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 143 of Plaintiffs' First Amended Complaint.

144.

Defendant Ferguson is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 144 of Plaintiffs' First Amended Complaint.

145.

Defendant Ferguson is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 145 of Plaintiffs' First Amended Complaint.

146.

Defendant Ferguson reasserts his responses to Paragraphs 1 through 146 of

Plaintiffs' First Amended Complaint above as if fully stated herein.

147.

Defendant admits the allegations contained in Paragraph 147 of Plaintiffs' First Amended Complaint.

148.

Defendant Ferguson is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 148 of Plaintiffs' First Amended Complaint.

149.

Defendant Ferguson denies the allegations contained in Paragraph 149 of Plaintiffs' First Amended Complaint.

150.

Defendant Ferguson admits the first two sentences contained in Paragraph 150 of Plaintiffs' First Amended Complaint. Defendant denies the allegations contained in the third sentence contained in Paragraph 150 of Plaintiffs' First Amended Complaint.

151.

Defendant Ferguson is without knowledge or information sufficient to form a

belief as to the truth of the allegations contained in Paragraph 151 of Plaintiffs' First Amended Complaint.

## 152.

Defendant Ferguson denies the allegations contained in Paragraph 152 of Plaintiffs' First Amended Complaint.

## 153.

Defendant Ferguson denies the allegations contained in Paragraph 153 of Plaintiffs' First Amended Complaint.

## 154.

Defendant Ferguson denies the allegations contained in Paragraph 154 of Plaintiffs' First Amended Complaint.

## 155.

Defendant Ferguson denies the allegations contained in Paragraph 155 of Plaintiffs' First Amended Complaint.

## 156.

Defendant Ferguson denies the allegations contained in Paragraph 156 of Plaintiffs' First Amended Complaint.

157.

Defendant Ferguson is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 157 of Plaintiffs' First Amended Complaint.

158.

Defendant Ferguson is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 158 of Plaintiffs' First Amended Complaint.

159.

Defendant Ferguson denies the allegations contained in Paragraph 159 of Plaintiffs' First Amended Complaint.

160.

Defendant Ferguson is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 160 of Plaintiffs' First Amended Complaint.

161.

Defendant Ferguson admits the allegations contained in Paragraph 161 of Plaintiffs' First Amended Complaint.

162.

Defendant Ferguson denies the allegations contained in Paragraph 162 of Plaintiffs' First Amended Complaint.

163.

Defendant Ferguson denies the allegations contained in Paragraph 163 of Plaintiffs' First Amended Complaint.

164.

Defendant Ferguson is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 164 of Plaintiffs' First Amended Complaint.

165.

Defendant Ferguson denies the allegations contained in Paragraph 165 of Plaintiffs' First Amended Complaint.

166.

Defendant Ferguson denies the allegations contained in Paragraph 166 of Plaintiffs' First Amended Complaint.

167.

Defendant Ferguson denies the allegations contained in Paragraph 167 of

Plaintiffs' First Amended Complaint.

## 168.

Defendant Ferguson denies the allegations contained in Paragraph 168 of Plaintiffs' First Amended Complaint.

## 169.

Defendant Ferguson denies the allegations contained in Paragraph 169 of Plaintiffs' First Amended Complaint.

## 170.

Defendant Ferguson denies the allegations contained in Paragraph 170 of Plaintiffs' First Amended Complaint.

## 171.

Defendant Ferguson denies the allegations contained in Paragraph 171 of Plaintiffs' First Amended Complaint.

## 172.

Defendant Ferguson is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 172 of Plaintiffs' First Amended Complaint.

173.

Defendant Ferguson is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in the first sentence of Paragraph 173 of Plaintiffs' First Amended Complaint.  The remaining allegations contained in Paragraph 173 of Plaintiff's First Amended Complaint are denied.

174.

Defendant Ferguson is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 174 of Plaintiffs' First Amended Complaint.

175.

Defendant Ferguson denies the allegations contained in Paragraph 175 of Plaintiffs' First Amended Complaint.

176.

Defendant Ferguson denies the allegations contained in Paragraph 176 of Plaintiffs' First Amended Complaint.

177.

Defendant Ferguson denies the allegations contained in Paragraph 177 of Plaintiffs' First Amended Complaint.

178.

Defendant Ferguson denies the allegations contained in Paragraph 178 of Plaintiffs' First Amended Complaint.

179.

Defendant Ferguson admits the allegations contained in Paragraph 179 of Plaintiffs' First Amended Complaint.

180.

Defendant Ferguson denies any and all allegations contained in Plaintiffs' First Amended Complaint not specifically admitted above. Defendant Ferguson further denies that Plaintiffs are entitled to any of the relief sought in the Prayer for Relief.

WHEREFORE, Defendant Ferguson prays for the following relief:

a) That his Answer and Defenses be inquired into and sustained;

b) That the Plaintiffs' First Amended Complaint be dismissed with prejudice and that all relief requested therein be denied;

c) To the extent that this matter requires a trial, a trial by a jury of twelve is demanded; and

d) For any and all relief the court deems just or proper.

This 23rd day of December, 2024.

/s/ Malcolm Mackenzie, III
Malcolm Mackenzie, III
Georgia Bar No.: 463950
John T. Crosby
Georgia Bar No.: 366979
*Attorneys for Ernest Ferguson*

WEINER, SHEAROUSE, WEITZ,
    GREENBERG & SHAWE, LLP
14 E. State Street
Savannah, GA 31401
(912) 233-2251
mmackenzie@wswgs.com
jcrosby@wswgs.com

## **CERTIFICATE OF SERVICE**

This is to certify that I have served all the parties in this case in accordance with the notice of electronic filing ("NEF"), which was generated as a result of electronic filing in this Court.

This 23rd day of December, 2024.

*/s/ Malcolm Mackenzie, III*
Malcolm Mackenzie, III
Georgia Bar No.: 463950
John T. Crosby
Georgia Bar No.: 366979
*Attorneys for Ernest Ferguson*

WEINER, SHEAROUSE, WEITZ,
  GREENBERG & SHAWE, LLP
14 E. State Street
Savannah, GA 31401
(912) 233-2251
mmackenzie@wswgs.com
jcrosby@wswgs.com