IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| JEROME BLIGE, MARSHELL BERNICE LEE, and THE ESTATE OF SAUDI ARAI LEE,<br><br>*Plaintiffs*,<br><br>v.<br><br>ERNEST FERGUSON, In His Individual Capacity; JOHN DOE OFFICER In His Individual Capacity and CITY OF SAVANNAH,<br><br>*Defendants*. | Civil Action No: 4:24-cv-00131-RSB-CLR |

## **MOTION FOR LEAVE OF ABSENCE**

COMES NOW, Malcolm Mackenzie, III, counsel for Defendant Ernest Ferguson in the above-captioned case and, pursuant to Local Rule 83.9, seeks leave of absence for the following dates:

- **June 2, 2025 through and including June 6, 2025** and
- **July 25, 2025 through and including August 10, 2025** for vacation.

Opposing counsel in said case will receive notification through the electronic filing system.

This 3rd day of January, 2025.

/s/ Malcolm Mackenzie, III
Malcolm Mackenzie, III
Georgia Bar No. 463950
John T. Crosby
Georgia Bar No.: 366979
*Attorneys for OnScene Solutions, LLC*

WEINER, SHEAROUSE, WEITZ,
   GREENBERG & SHAWE, LLP
14 E. State Street
Savannah, GA 31401
(912) 233-2251
mmackenzie@wswgs.com
jcrosby@wswgs.com

## **CERTIFICATE OF SERVICE**

This is to certify that I have served all the parties in this case in accordance with the notice of electronic filing ("NEF"), which was generated as a result of electronic filing in this Court.

This 3rd day of January, 2025.

*/s/ Malcolm Mackenzie, III*
Malcolm Mackenzie, III
Georgia Bar No. 463950
John T. Crosby
Georgia Bar No. 366979
*Attorneys for OnScene Solutions, LLC*

WEINER, SHEAROUSE, WEITZ,
  GREENBERG & SHAWE, LLP
14 E. State Street
Savannah, GA 31401
(912) 233-2251
mmackenzie@wswgs.com
jcrosby@wswgs.com