# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |  |
|---|---|---|
| JEROME BLIGE, *et al.*, | ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) | CV424-131 |
| ERNEST FERGUSON, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

## ORDER

Plaintiffs move for a 7-day extension of time to file their response to Defendant City of Savannah's Motion to Dismiss Plaintiffs' First Amended Complaint. Doc. 47. Plaintiffs' deadline to respond is currently January 16, 2025. *See* doc. 41. Plaintiffs request the extension to accommodate disruptions due to adverse medical developments in counsel's family. Doc. 47 at 2. Plaintiffs represent that Defendants consent to this motion. *Id.* at 1. Having reviewed the motion and for good cause shown, the Court **GRANTS** Plaintiffs' Consent Motion to Extend Deadline to File Response, doc. 47. Plaintiffs' deadline to respond

to Defendant City of Savannah's Motion to Dismiss Plaintiff's First Amended Complaint is now January 23, 2025.

**SO ORDERED**, this 14th day of January, 2025.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA