**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | |
|---|---|
| **JEROME BLIGE,** ) | |
| **MARSHELL BERNICE LEE,** ) | |
| **and the ESTATE OF SAUDI** ) | |
| **ARAI LEE, by and through** ) | |
| **MARSHELL BERNICE LEE, its** ) | |
| **Administrator,** ) | |
| ) | |
| **VERSUS** ) | **NO.: 4:24-cv-00131-RSB-CLR** |
| ) | |
| **ERNEST FERGUSON,** ) | **JURY TRIAL DEMANDED** |
| **IN HIS INDIVIDUAL CAPACITY;** ) | |
| **MACKENZIE RANDLE, IN HIS** ) | |
| **INDIVIDUAL CAPACITY;** ) | |
| **CITY OF SAVANNAH** ) | |

# EXHIBIT B


54°
Savannah, GA

≡  Live   News   First Alert Weather

ADVERTISEMENT

# Law enforcement expert analyzes Saudi Lee bodycam footage

By Flynn Snyder
*Published: Dec. 6, 2024 at 6:16 PM EST*



SAVANNAH, Ga. (WTOC) - The release of bodycam video at the center of a murder investigation involving a former Savannah police officer has raised questions about whether Ernest Ferguson, the officer charged with fatally shooting Saudi Lee, was justified.

The video shows just seconds between when Saudi Lee is first stopped and when officer Ernest Ferguson can be heard firing four rounds near Gwinnett and Crosby Streets in June 2022.

The quick escalation is something that doesn't surprise Cliff Lent who worked more than two decades in law enforcement.

"It's not unexpected. Street encounters can escalate very quickly as this one apparently did. That is the danger police officers face when they're encountering individuals," said law enforcement analyst Cliff Lent.

ADVERTISEMENT

   

"Just simply reviewing the video that was provided to me, the officer's actions are not defensible," said Lent. "Seems like Mr. Lee was armed...He turns to flee for whatever reason and as he's running then the officer draws his weapon and shoots at a fleeing subject."

Lent notes he sympathizes with officers in incidents that put police relations with the public in the spotlight but suggests Ferguson could've taken other steps to deescalate the situation.

"Whether his intention was to shoot, I don't know," said Lent. "There were other options including chasing, calling in backup, clearing the area but shooting a fleeing subject without the threatened or imminent use of deadly force present, it doesn't look good."

ADVERTISEMENT



Ferguson, who remains behind bars, has pleaded not guilty to eight felony counts he faces in Chatham County from Lee's death...including murder and making a false statement.

"It will surely come out that Officer Ernest Ferguson at all times was only doing his job to protect himself, his fellow Officer, and most importantly the Citizens of the Great City of Savannah," said Ferguson's lawyer.

Lent believes the case will ultimately come down to whether Ferguson's statements about what happened match what's shown on the body-worn cameras and if Ferguson can articulate what made him feel threatened.

*Copyright 2024 WTOC. All rights reserved.*

**Savannah is actually full of attractive mature women**

DateMyAge | Sponsored

Sign Up

**Look For Any High School Yearbook, It's Free**

Classmates | Sponsored

**Home Goods Store Sale Online Is Offering Unbeatable Deals**
Find the official sale at Home Goods Store with prices that will surprise you.
Top Searcher Now | Sponsored

Learn More

**Dog Refuses To Leave Woman Alone. Husband Calls Police When He Discovers Why**
freshinfospot.com | Sponsored

**Amazon's Worst Nightmare: Thousands Canceling Prime for This Clever Hack**
This simple trick can save tons of money on Amazon, but most Prime members are ignoring it.
Online Shopping Tools | Sponsored

**Here Are 29 of the Coolest Gifts for This 2024**
consumerbags.com | Sponsored

**The New GMC Sierra Is Nearly Unrecognizable (Take A Peek At Prices)**
Discover Discounts & Savings On The New Sierra With These Top Searches.
FrequentSearches | Search Ads | Sponsored

Learn More