**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | |
|---|---|
| **JEROME BLIGE,** | ) |
| **MARSHELL BERNICE LEE,** | ) |
| **and the ESTATE OF SAUDI** | ) |
| **ARAI LEE, by and through** | ) |
| **MARSHELL BERNICE LEE, its** | ) |
| **Administrator,** | ) |
| | ) |
| **VERSUS** | ) **CIVIL ACTION NO.: 4:24-cv-00131-RSB-CLR** |
| | ) |
| **ERNEST FERGUSON,** | ) **JURY TRIAL DEMANDED** |
| **IN HIS INDIVIDUAL CAPACITY;** | ) |
| **MACKENZIE RANDLE, IN HIS** | ) |
| **INDIVIDUAL CAPACITY;** | ) |
| **CITY OF SAVANNAH** | ) |

# Exhibit A

# CRIME REPORT-AGGRAVATED ASSAULT
# SAVANNAH POLICE DEPARTMENT

**220624050**  Supplement No **0016**



201 Habersham Street
Savannah, GA 31412
Nature of Call
**AGG ASSAULT,OFFICER,GUN**

PHONE (912) 651-6675
FAX (912) 651-6683

Reported Date
**06/24/2022**

Officer
**FERGUSON, ERNEST**

## Administrative Information

| Agency | Report No | Supplement No | Reported Date | Reported Time | CAD Call No |
|---|---|---|---|---|---|
| SAVANNAH POLICE DEPARTMENT | 220624050 | 0016 | 06/24/2022 | 11:56 | 221750730 |

| Status | Nature of Call |
|---|---|
| REPORT TAKEN | 1310 |

| Location | City | ZIP Code | Rep Dist |
|---|---|---|---|
| CROSBY ST/W GWINNETT ST | SAVANNAH | 31415 | 6266X |

| Area | Beat | From Date | From Time | Officer | Assignment |
|---|---|---|---|---|---|
| 15 | 232A | 06/24/2022 | 11:55 | 64719/FERGUSON, ERNEST | DOWNTOWN |

| Entered by | Assignment | RMS Transfer | Prop Trans Stat | Report Title |
|---|---|---|---|---|
| 64719 | DOWNTOWN | Successful | Successful | CRIME REPORT-AGGRAVATED ASSAULT |

| Solvability | Score | Approving Officer | Approval Date | Approval Time |
|---|---|---|---|---|
| MEDIUM PROBABILITY | 200 | 5915 | 06/30/2022 | 14:35:47 |

| DETECTIVES REQUESTED D/T | FORENSICS REQUESTED D/T | SUPERVISOR RESPONDED |
|---|---|---|
| 20220629 | 20220629 | y |

| Guns | Use of Force Report | Use of Force |
|---|---|---|
| Yes | Yes | Yes |

| # Offenses | Offense | Description | Complaint Type |
|---|---|---|---|
| 1 | 16-5-21 | AGGRAVATED ASSAULT | 1 |

## Summary Narrative

Aggravated Assault/UOF/Shooting

## SUSPECT 1: LEE,SAUDI ARAI

| Involvement | Invl No | Type | Name | MNI | Race | Sex |
|---|---|---|---|---|---|---|
| SUSPECT | 1 | Individual | LEE,SAUDI ARAI | 467029 | BLACK | MALE |

| DOB | Age | Juvenile? | Height | Weight | Hair Color | Eye Color | PRN |
|---|---|---|---|---|---|---|---|
| 06/13/1991 | 31 | No | 5'08" | 130# | BLACK | BROWN | 2589003 |

| Type | Address | City | State |
|---|---|---|---|
| HOME | 91 TALINA LN | Savannah | GEORGIA |

| ZIP Code | Date |
|---|---|
| 31419 | 06/24/2022 |

| Type | ID No | OLS |
|---|---|---|
| OPERATOR LICENSE | 055374844 | GEORGIA |

| Type | ID No |
|---|---|
| PACKAGE NUMBER | 186435 |

| Type | ID No |
|---|---|
| SOCIAL SECURITY NUMBER | 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 |

## Modus Operandi

Crime Code(s)
**ASSAULTS**

## Narrative

I am making this statement to the best of my recollection and reserve the right to amend it for purposes of clarification. Any inconsistencies between this statement and other offcers' statements, witness statements, or what was captured by audio/video recordings should not be considered as being untruthful. It is well established that an officer's perceptions during critical incidents differ from other statements and what is captured on audio/video.

On 06/24/2022 at approximately 1150 hours, I Officer Ferguson was conducting a vehicle patrol in the area of W Gwinnett St and Magazine Ave. I was in my patrol vehicle and in full uniform. I have answered multiple calls for service in the area I was patrolling, and have seized stolen weapons from subjects at the exact intersection. At that time, I observed an individual with a backpack standing in the middle of Magazine Ave at W Gwinnett St. The subject had his hands in his waistband. Based upon my training and experience, someone typically keeps their

| Report Officer | Printed At | |
|---|---|---|
| 64719/FERGUSON, ERNEST | 07/11/2022 08:41 | Page 1 of 2 |

# CRIME REPORT-AGGRAVATED ASSAULT
# SAVANNAH POLICE DEPARTMENT

220624050    Supplement No 0016

**Narrative**

hands in their waistband when they have a firearm on them. I observed a group of bystanders standing on the eastern side of the road in front of him on Magazine Ave. I observed the individual was standing in the middle of the road in a manner which did impede traffic. The subject could have been struck by a vehicle in my mind. He was not making any attempt to cross the street. I then made a circle around the block. I had already called for my backup officer, Officer Randle, to get his location for officer safety purposes. I then saw the subject cross W Gwinnett St diagonally while not being authorized to do so by a traffic control device. I then radioed dispatch and called out a subject stop at W Gwinnett St and Crosby St.

I positioned my vehicle in front of the subject at W Gwinnett St at Crosby St. I got out and initiated contact with him. Currently, Officer Randle was still in his vehicle. I had to approach the subject by myself. I greeted him and introduced myself. He initially attempted to walk around me, but I asked him to stop. I asked the subject if he had any weapons, and he stated he had a concealed carry permit. This led me to believe that the subject was currently armed with a firearm. He continued to walk around me. I told him to stop again. At that time, the subject reached into his waistband with his right hand and pulled out a handgun. I heard the subject state, "Yall are gonna have to kill me today." The subject then pointed the handgun at me. This led me to believe the subject was about to shoot me. Being in fear for my life and safety and in the fear of the life and safety of Officer Randle, I immediately began drawing my firearm. The subject then ran northbound across W Gwinnett St. Every time the subject swung his arms, he was aiming the handgun in the direction of Officer Randle and I. I also knew there were members of the public on Magazine Ave. I had seen him in front of these bystanders on Magazine Ave before I initiated the stop. That is the direction in which the subject was running and pointing a gun in our direction. Based on the subject's actions and statements, I believed he was going to shoot and kill or harm us or the citizenry at any time.

I first drew my taser, and then transitioned to my firearm. When I drew my firearm, I fired approximately 4 shots in order to keep the subject from killing or causing us or the public great bodily harm. When the subject fell, I also observed the handgun fall to the ground. I did not fire any more shots at that time.

I immediately called for EMS and a supervisor. I instructed dispatch to have them come to the scene immediately.

I began rendering first aid to the subject. I advised Officer Randle to assist me. I immediately began CPR. After I became fatigued, I instructed Officer Randle to relieve me, and I stood by the firearm that the subject dropped.

Detective Diggs then instructed me to sit in my car. Sgt Cooper had also arrived on scene and stood by my patrol vehicle.

I was then transported to headquarters by Sgt Hutcherson, and followed all proper protocol.

My BWC was activated.

| Report Officer | Printed At | |
|---|---|---|
| 64719/FERGUSON, ERNEST | 07/11/2022 08:41 | Page 2 of 2 |