**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | |
|---|---|
| **JEROME BLIGE,** | ) |
| **MARSHELL BERNICE LEE,** | ) |
| **and the ESTATE OF SAUDI** | ) |
| **ARAI LEE, by and through** | ) |
| **MARSHELL BERNICE LEE, its** | ) |
| **Administrator,** | ) |
| | ) |
| **VERSUS** | ) **CIVIL ACTION NO.: 4:24-cv-00131-RSB-CLR** |
| | ) |
| **ERNEST FERGUSON,** | ) **JURY TRIAL DEMANDED** |
| **IN HIS INDIVIDUAL CAPACITY;** | ) |
| **MACKENZIE RANDLE, IN HIS** | ) |
| **INDIVIDUAL CAPACITY;** | ) |
| **CITY OF SAVANNAH** | ) |

# Exhibit B

PREVIOUSLY FILED MANUALLY AS R. DOC. 22-4
(Randle's body worn camera)