IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| JEROME BLIGE, MARSHELL BERNICE LEE, and THE ESTATE OF SAUDI ARAI LEE,<br><br>*Plaintiffs*,<br><br>v.<br><br>ERNEST FERGUSON, In His Individual Capacity; JOHN DOE OFFICER In His Individual Capacity and CITY OF SAVANNAH,<br><br>*Defendants*. | Civil Action No: 4:24-cv-00131-RSB-CLR |

### DEFENDANT ERNEST FERGUSON'S RESPONSE TO PLAINTIFFS' SECOND MOTION TO AMEND COMPLAINT

COMES NOW, Defendant Ernest Ferguson, by and through counsel, and responds to Plaintiffs' Second Motion to Amend Complaint, as follows:

Defendant Ferguson does not object nor consent to Plaintiffs' Second Motion to Amend Complaint.

This 21st day of March, 2025.

Malcolm Mackenzie, III
Georgia Bar No. 463950
John T. Crosby
Georgia Bar No. 366979
*Attorneys for Defendant Ernest Ferguson*

WEINER, SHEAROUSE, WEITZ,
   GREENBERG & SHAWE, LLP
14 E. State Street
Savannah, GA 31401
(912) 233-2251
mmackenzie@wswgs.com
jcrosby@wswgs.com

-3-

## CERTIFICATE OF SERVICE

This is to certify that I have served all the parties in this case in accordance with the notice of electronic filing ("NEF"), which was generated as a result of electronic filing in this Court.

William R. Claiborne
David J. Utter
THE CLAIBORNE FIRM, PC
410 E. Bay Street
Savannah, GA 31401
will@claibornefirm.com
david@claibornefirm.com

Christopher J. Murell
Meghan Matt
MURELL LAW FIRM
2831 St. Claude Avenue
New Orleans, LA 70117
chris@murell.law
meghan@murell.law
*Attorneys for Plaintiffs*

Taylor L. Dove
HUNTER MACLEAN
200 E. St. Julian Street
Savannah, GA 31401
tdove@huntermaclean.com
*Attorney for City of Savannah*

Patrick T. O'Connor
Anthony J. Poulos
OLIVER MANER
218 W. State Street
Savannah, GA 31401
pto@olivermaner.com
apoulos@olivermaner.com
*Attorneys for Mackenzie Randle*

This 21st day of March, 2025.

_____
Malcolm Mackenzie, III
Georgia Bar No. 463950
John T. Crosby
Georgia Bar No. 366979
*Attorneys for Defendant Ernest Ferguson*

WEINER, SHEAROUSE, WEITZ,
    GREENBERG & SHAWE, LLP
14 E. State Street
Savannah, GA 31401
(912) 233-2251
mmackenzie@wswgs.com
jcrosby@wswgs.com