**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | |
|---|---|
| **JEROME BLIGE,** | ) |
| **MARSHELL BERNICE LEE,** | ) |
| **and the ESTATE OF SAUDI** | ) |
| **ARAI LEE, by and through** | ) |
| **MARSHELL BERNICE LEE, its** | ) |
| **Administrator,** | ) |
| | ) |
| **VERSUS** | ) **CIVIL ACTION NO.: 4:24-cv-00131-RSB-CLR** |
| | ) |
| **ERNEST FERGUSON,** | ) **JURY TRIAL DEMANDED** |
| **IN HIS INDIVIDUAL CAPACITY;** | ) |
| **MACKENZIE RANDLE, IN HIS** | ) |
| **INDIVIDUAL CAPACITY;** | ) |
| **CITY OF SAVANNAH** | ) |

# EXHIBIT 1

## David Utter

| | |
|---|---|
| **From:** | Taylor Dove <tdove@huntermaclean.com> |
| **Sent:** | Thursday, April 10, 2025 3:47 PM |
| **To:** | David Utter; Anthony Poulos; Lovett Bates; Pat O'Connor; Malcolm Mackenzie |
| **Cc:** | Will Claiborne |
| **Subject:** | RE: Jerome Blige et al., v. Ernest Ferguson, et. al. |

David,

The City does intend on filing another MTD and will not oppose a motion to stay filed by Plaintiffs. I think it makes sense to go ahead and postpone next week's depos.

**Taylor Dove**
Partner

## HunterMaclean

200 E. Saint Julian Street | Savannah, GA 31401
P.O. Box 9848 | Savannah, GA 31412-0048
Main: 912.236.0261 | Direct: 912.238.2642 | Fax: 912.236.4936
Firm Website | My Bio | vCard Download

**From:** David Utter <david@claibornefirm.com>
**Sent:** Thursday, April 10, 2025 3:44 PM
**To:** Gracie Shepherd Saas <gsaas@huntermaclean.com>; Anthony Poulos <apoulos@olivermaner.com>; Lovett Bates <BLovett@savannahga.gov>; Pat O'Connor <pto@olivermaner.com>; Taylor Dove <tdove@huntermaclean.com>; Malcolm Mackenzie <MMackenzie@wswgs.com>
**Cc:** Will Claiborne <will@claibornefirm.com>
**Subject:** FW: Jerome Blige et al., v. Ernest Ferguson, et. al.

Counsel,

See below re: Plaintiffs' missive to the city yesterday. I've not heard back and assume we are proceeding with the depositions as scheduled next week. Will and I think a stay makes sense if the City files another MTD. Do folks agree or does the defense want to proceed with next week's depos?

David

David J. Utter, Esq.
The Claiborne Firm, P.C.
410 E. Bay Street
Savannah, GA 31401
(912) 236-9559
david@claibornefirm.com

***Disclaimers:***
***Notice: No duties are assumed, intended or created by this communication.*** If you have not executed a fee contract or an engagement letter, this firm does *not* represent you as your attorney. You are encouraged to retain counsel of your choice if you desire to do so.

1

Disclosure under IRS Circular 230: Unless expressly stated otherwise, nothing contained in this communication (including any attachments) may be relied upon or used (1) by any taxpayer for the purpose of avoiding penalties that may be imposed under the Internal Revenue Code and/or (2) by any person to support the promotion or marketing of or to recommend any Federal tax transaction(s) or matter(s) addressed in this communication. Any taxpayer should seek independent tax advice with respect to any Federal tax transaction or matter addressed herein.

**Confidentiality Notice:** This email has been sent from a law firm. It may contain privileged and confidential information intended for the use of the person(s) named above. If you are not an intended recipient, you are hereby notified that any dissemination or duplication of the email is prohibited, and that there shall be no waiver of any privilege or confidence by your receipt of this transmission. If you have received this email in error, please notify us by collect telephone call and immediately delete this email.


**From:** David Utter
**Sent:** Wednesday, April 9, 2025 2:30 PM
**To:** Taylor Dove <tdove@huntermaclean.com>; Bates Lovett <BLovett@Savannahga.Gov>
**Cc:** Will Claiborne <will@claibornefirm.com>; Kim Griffin <Kim@claibornefirm.com>
**Subject:** Jerome Blige et al., v. Ernest Ferguson, et. al.

Taylor and Bates,

Is the City planning on filing a motion to dismiss Plaintiffs' 2nd Amended Complaint? If so, will you consent to a stay of discovery until the motion is decided?

Let me know soon given the pending depositions set for next week.

Many thanks,

David

David J. Utter, Esq.
The Claiborne Firm, P.C.
410 E. Bay Street
Savannah, GA 31401
(912) 236-9559
david@claibornefirm.com

***Disclaimers:***

***Notice: No duties are assumed, intended or created by this communication.*** If you have not executed a fee contract or an engagement letter, this firm does *not* represent you as your attorney. You are encouraged to retain counsel of your choice if you desire to do so.

Disclosure under IRS Circular 230: Unless expressly stated otherwise, nothing contained in this communication (including any attachments) may be relied upon or used (1) by any taxpayer for the purpose of avoiding penalties that may be imposed under the Internal Revenue Code and/or (2) by any person to support the promotion or marketing of or to recommend any Federal tax transaction(s) or matter(s) addressed in this communication. Any taxpayer should seek independent tax advice with respect to any Federal tax transaction or matter addressed herein.

**Confidentiality Notice:** This email has been sent from a law firm. It may contain privileged and confidential information intended for the use of the person(s) named above. If you are not an intended recipient, you are hereby notified that any dissemination or duplication of the email is prohibited, and that there shall be no waiver of any privilege or confidence by your receipt of this transmission. If you have received this email in error, please notify us by collect telephone call and immediately delete this email.


**Confidentiality Notice:** This email has been sent from a law firm. It may contain privileged and confidential information intended for the use of the person(s) named above. If you are not an intended recipient, you are hereby notified that any dissemination or duplication of the email is prohibited, and that there shall be no waiver of any privilege or confidence by your receipt of this transmission. If you have received this email in error, please notify us by phone call and immediately delete this email.

Thank You.
Hunter, Maclean, Exley & Dunn, P.C.
Savannah Office Telephone: 912.236.0261
Saint Simons Office Telephone: 912.262.5996