UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| JEROME BLIGE, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CV424-131 |
| | ) | |
| ERNEST FERGUSON, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Plaintiffs, with Defendants' consent, move for a stay of discovery pending an anticipated motion to dismiss by Defendant City of Savannah. Doc. 82. "Plaintiffs seek a stay of the current discovery deadlines in order that the issues for the remaining discovery are clarified by this Court's decision on the forthcoming motion to dismiss." *Id.* at 2. The Court has broad discretion to stay discovery as part of its inherent authority to control its docket. *Clinton v. Jones*, 520 U.S. 681, 706 (1997); *see also Panola Land Buyers Ass'n v. Shuman*, 762 F.2d 1550, 1560 (11th Cir. 1985) ("[A] magistrate [judge] has broad discretion to stay discovery pending decision on a dispositive motion."). Having reviewed the motion, the Court **GRANTS** Plaintiffs' Consent Motion to Stay

Discovery, doc. 82. If the City of Savannah files the anticipated motion to dismiss, the parties are **DIRECTED** to confer and submit an updated Rule 26(f) Report within 14 days of this Court's disposition of the City's Motion. If the City does not file a motion to dismiss, the parties are **DIRECTED** to confer and submit an updated Rule 26(f) Report within 7 days of the filing of the last Defendants' responsive pleading.

**SO ORDERED**, this 17th day of April, 2025.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA