UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| **JEROME BLIGE,** | ) |
| **MARSHELL BERNICE LEE,** | ) |
| **and the ESTATE OF SAUDI** | ) |
| **ARAI LEE, by and through** | ) |
| **MARSHELL BERNICE LEE, its** | ) |
| **Administrator,** | ) |
| | ) |
| **VERSUS** | ) CIVIL ACTION NO.: 4:24-cv-00131-RSB-CLR |
| | ) |
| **ERNEST FERGUSON,** | ) JURY TRIAL DEMANDED |
| **IN HIS INDIVIDUAL CAPACITY;** | ) |
| **MACKENZIE RANDLE, IN HIS** | ) |
| **INDIVIDUAL CAPACITY;** | ) |
| **CITY OF SAVANNAH** | ) |

**EXHIBIT 1**

**The Claiborne Firm, P.C.**
*Attorneys at Law*
410 E. Bay Street
Savannah, Georgia 31401
www.claibornefirm.com

Telephone: 912.236.9559                                             Facsimile: 912.236.1884

William R. Claiborne (GA)                                 writer's email: will@claibornefirm.com
David J. Utter (GA, FL & LA)
Casey L. Redwine (GA & NY)

April 7, 2025

Jerome Blidge
Marshell Bernice Lee

    Re:    **Blidge v. Ferguson, et al., 4:24-cv-00131-RSB-CLR**

Dear Mr. Blidge and Ms. Lee:

    I write pursuant to S.D. of GA Local Rule 83.7 to inform you that David Utter will withdraw from representing you in the above style matter. His withdrawal does nothing to impact the continued representation of you by Will Claiborne of the Claiborne Firm P.C. Please sign below to acknowledge receipt of this notice of withdrawal and approval thereof. Should you change your mind you have 14 days to object.

                                             Sincerely,
                                             THE CLAIBORNE FIRM, P.C.

                                             WILLIAM R. CLAIBORNE
                                             *For the firm*

Cc:    File

___Jerome Blidge___                 ___Marshell Bernice Lee___
Jerome Blidge                               Marshell Bernice Lee

Date: 4-10-2025                         Date: 4-10-2025

Claiborne|*Fox*|*Bradley*, LLC is of counsel to The Claiborne Firm, P.C.
*Atlanta Office: 60 Lennox Pointe, Atlanta, Georgia 30324 · (404) 442.6969*
*Charlotte Office: 417 East Blvd., Suite 101, Charlotte, North Carolina 28203 · (704) 702.0300*