**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

JEREOME BLIGE, et al.,

     Plaintiffs,

     v.

ERNEST FERGUSON, in his Individual
Capacity, et al.,

     Defendants.

CIVIL ACTION NO.: 4:24-cv-131

**O R D E R**

Before the Court is a Stipulation of Dismissal, which was filed by Plaintiffs and signed by counsel for all parties to the action. (Doc. 114.) Therein, Plaintiffs state that, with the consent of all parties who have appeared, they dismiss all claims against Defendant Mackenzie Randle with prejudice, with Plaintiffs and Defendant Randle to each bear their own fees and costs. (Id.) Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Defendant Mackenzie Randle has been **DISMISSED WITH PREJUDICE** from this action. Accordingly, the Court **DIRECTS** the Clerk of Court to **TERMINATE** Defendant Randle from this case and to update the docket accordingly.

**SO ORDERED**, this 5th day of June, 2026.

_____
R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA